# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC60 | E1484365 | M. DIAL | 651 |

FILED 8/1/2023
DATE
PETER A. MOORE JR CLERK
US DISTRICT COURT, EDNC
4:23-mj-1087-RJ

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/20/2023 1541h
Offense Charged: ☒ USC
21 USC § 844

Place of Offense: Cape Lookout National Seashore North Core Banks MM-13

Offense Description: Factual Basis for Charge
Possession of a controlled substance. - Psilocybin (mushrooms)

### DEFENDANT INFORMATION

Last Name: Krieger
First Name: Jacob
M.I.: Kurt

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| KYL-2643 | PA | 17 | Toy/4Runner | | Navy |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: United States Courthouse, 413 Middle Street, New Bern, NC 28560
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1484365*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____.

Count 1

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 20, 2023, at approximately 1300 hours, while exercising my duties as a law enforcement officer in the Eastern District of North Carolina, within the boundary of Cape Lookout National Seashore the following actions occurred. While patrolling along North Core Banks, Ranger Larson and myself observed a navy-blue Toyota 4 Runner parked in the center of the beach without displaying a Cape Lookout National Seashore Off Road Vehicle Permit (ORV) sticker. Ranger Larson and I contacted the vehicle and later identified JACOB KRIEGER as the operator of the vehicle. Upon contact, Mr. KRIEGER stated that he did not have a permit and wanted to know where he could get one. Upon requesting Mr. KRIEGER driver's license, Mr. KRIEGER entered his vehicle to retrieve his wallet. Ranger Larson then indicated to me that he smelt the odor of marijuana coming from the vehicle. I then reapproached the exterior portion of the vehicle near the driver side passenger door, when I smelt a strong odor of marijuana coming from the vehicle. Ranger Larson notified Mr. KRIEGER that we would be performing a search of his vehicle for marijuana. Mr. KRIEGER then stated that he had a small amount of marijuana in the center console of the vehicle. I, Ranger Dial then entered the driver door to begin the search of the vehicle. During that time, I immediately smelt a strong odor of marijuana. Mr. KRIEGER stated that he had two jars of marijuana, a grinder and a pipe. He later stated he had two small containers of cannabis concentrated wax. From the driver side of the vehicle, I seized two containers containing processed marijuana, a grinder, a glass pipe, two small containers of cannabis concentrated wax, and a glass container of liquid containing THC. In the back seat of the vehicle, located in a suitcase, I seized a glass jar of mushrooms. When presenting the mushrooms to Mr. KRIEGER, he indicated that they were Psilocybin mushrooms, also known as "Shrooms". In the front right seat of the vehicle, I found one rolled marijuana joint. Due to my observations, and Mr. KRIEGER'S statements, I issued Mr. KRIEGER a violation notice for possession of a controlled substance (Psilocybin mushrooms).

Violation Notice (E1484365)
EC60

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/04/2023   *Mille Dial*
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 05/17/2023 15:13